McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00100 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| BERNARD VERTRAL JACKSON, aka VERTRAL JACKSON, | DATE: December 3, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 3, 2019.

2. By this stipulation, defendant now moves to continue the status conference until December 17, 2019 at 9:15 a.m., and to exclude time between December 3, 2019, and December 17, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant requires additional time for defense preparation, investigation, and continuity of counsel. Defense counsel has requested documents relevant to Mr. Jackson's prior record and to a charge pending in another district that will bear on resolution

of the instant case. He is awaiting their receipt. In addition, assigned defense counsel is also covering Yosemite Court on December 3 and is unavailable on that date.

      b)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)     The government does not object to the continuance.

      d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 3, 2019 to December 17, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 21, 2019          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ SHELLEY D. WEGER
                                  SHELLEY D. WEGER
                                  Assistant United States Attorney

Dated: November 21, 2019          /s/ TIMOTHY ZINDEL
                                  TIMOTHY ZINDEL
                                  Counsel for Defendant
                                  Bernard Vertral Jackson
                                  aka Vertral Jackson

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of November, 2019.

                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE