IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD VERTRAL JACKSON<br><br>Defendant. | Case №: 2:19-cr-00100 JAM<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above named defendant seeks appointment of counsel to represent him for a petition to violate his supervised release. Although the defendant was arrested in Utah, he will apparently be transported here. There is no court date here or petition yet filed here, but the defendant requested counsel. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED **Michael Hansen** is **APPOINTED** to represent the above defendant in this case effective *nunc pro tunc* to August 16, 2023.

This appointment shall remain in effect until further order of this court.

Dated: August 22, 2023         /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL          1